ADCOCK v. PERRY

No. 325 PC.

No. 133 (Fall Term).

Case below: 52 N.C. App. 724.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 6 October 1981.

ANDERSON v. GREENE

No. 276 PC.

Case below: 52 N.C. App. 585.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

BEATTY v. OWSLEY & SONS, INC.

No. 335 PC.

Case below: 53 N.C. App. 178.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

BROWN v. J. P. STEVENS & CO.

No. 147 PC.

Case below: 49 N.C. App. 118.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 October 1981.

BOYCE v. BOYCE

No. 312 PC.

Case below: 52 N.C. App. 734.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 October 1981.